UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE M. MONLUX, individually and as surviving spouse and as Executor for the Estate of RICHARD A. MONLUX, deceased,<br><br>                Plaintiff,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>                Defendants. | NO. 2:24-cv-00912-SKV<br><br>**DEFENDANT YUBA HEAT TRANSFER, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

     Pursuant to Federal Rule of Civil Procedure 7.1, defendant Yuba Heat Transfer, LLC, states that it is a single member LLC owned by Connell Limited Partnership.

DEFENDANT YUBA HEAT TRANSFER, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT  - 1

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | | |
|---|---|---|
|1| Dated: July 3, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |

By: *s/Virginia Leeper*
    J. Scott Wood, WSBA No. 41342
    Zackary A. Paal, WSBA No. 45077
    Virginia Leeper, WSBA No. 10576

Attorneys for Defendant Yuba Heat Transfer, LLC
zpaal@grsm.com
vleeper@grsm.com
seaasbestos@grsm.com

---

DEFENDANT YUBA HEAT TRANSFER, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822