UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE M. MONLUX,<br><br>     Plaintiff,<br><br> v.<br><br>3M COMPANY et al.,<br><br>     Defendants. | CASE NO. 2:24-cv-00912-LK<br><br>ORDER DISMISSING DEFENDANT 3M WITH PREJUDICE |

  This matter comes before the Court on the parties' stipulation that "all claims asserted by Plaintiffs against Defendant 3M Company only shall be dismissed with prejudice and without costs, reserving to Plaintiffs their claims against all other parties." Dkt. No. 129 at 1. Pursuant to the parties' stipulation, Plaintiffs' claims against 3M Company only are hereby dismissed with prejudice and without costs or attorney's fees as to any party. *See* Fed. R. Civ. P. 41(a).

  Dated this 6th day of August, 2024.

                         Lauren King
                         United States District Judge