UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE M. MONLUX,<br><br>    Plaintiff,<br><br> v.<br><br>3M COMPANY et al.,<br><br>    Defendants. | CASE NO. 2:24-cv-00912-LK<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL |

   This matter comes before the Court on counsel for Defendant Kiewit Corporation's Motion for Leave to Withdraw Appearance and Substitution of Counsel. Dkt. No. 158. Counsel seeks an order permitting Ryan Espegard and Michael Ricketts to withdraw as counsel of record for Kiewit Corporation while Jeanne Loftis and Hayley Hollis of Bullivant Houser Bailey, P.C., who recently filed a Notice of Appearance, Dkt. No. 149, continue as its counsel, Dkt. No. 158 at 1. Counsel have certified that they served the motion on their client and Plaintiff's attorneys. *Id.* at 2.

   Pursuant to Local Civil Rules 83.2(b)(1) and (b)(2), the Court GRANTS the motion, Dkt. No. 158, and DIRECTS the Clerk to terminate Ryan Espegard and Michael Ricketts of Gordon

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL - 1

1  Thomas Honeywell LLP as counsel for Kiewit Corporation and to list Kiewit Corporation's

2  counsel's information in the docket as follows:

3      Jeanne F. Loftis, WSBA # 35355
       Hayley D. Hollis, WSBA # 56032
4      Bullivant Houser Bailey, P.C.
       One SW Columbia Blvd, Suite 800
5      Portland, OR 97214
       asbestos@bullivant.com

6

7  Dated this 30th day of August, 2024.

8  *[signature: Lauren King]*

   Lauren King
9  United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL - 2