UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE M. MONLUX,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>3M COMPANY et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00912-LK<br><br>ORDER DISMISSING DEFENDANT HOLLINGSWORTH & VOSE WITHOUT PREJUDICE |

　　　This matter comes before the Court on the parties' stipulation to dismiss Plaintiff's claims against Defendant Hollingsworth & Vose Company. Dkt. No. 162. Pursuant to the parties' stipulation, Plaintiff's claims against Hollingsworth & Vose Company only are hereby dismissed without prejudice and without costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a).

　　　Dated this 9th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lauren King
　　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge