UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE M. MONLUX,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>3M COMPANY et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cv-00912-LK<br><br>ORDER GRANTING ECODYNE CORPORATION'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTE COUNSEL |

　　　　This matter comes before the Court on Defendant Ecodyne Corporation's Motion for Leave to Withdraw Appearance and Substitute Counsel. Dkt. No. 168. Ecodyne Corporation seeks an order permitting Ryan Espegard and Michael Ricketts to withdraw as its counsel of record while Kevin Clonts of Rizzo Bosworth Eraut PC, who recently filed a Notice of Appearance, Dkt. No. 167, continues as its counsel, Dkt. No. 168 at 1. Counsel has served the motion on their client and Plaintiff's attorneys. *Id.* at 1, 3–7.

//

//

//

ORDER GRANTING ECODYNE CORPORATION'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTE COUNSEL - 1

1    Pursuant to Local Civil Rules 83.2(b)(1) and (b)(2), the Court GRANTS the motion, Dkt.

2 No. 168, and DIRECTS the Clerk to terminate Ryan Espegard and Michael Ricketts of Gordon

3 Thomas Honeywell LLP as counsel for Ecodyne Corporation.

4    Dated this 24th day of September, 2024.

*Lauren King*

Lauren King
United States District Judge